RUFUS M. OVERLANDER, Appellant, v. HOLBROOK, CABOT AND ROLLINS CORPORATION, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY WONG, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

SOLOMON WEINHANDLER, v. PERRY LOEWENTHAL and Another.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

In the Matter of EMANUEL J. LIVINGSTON.— Referred to Hon. H. A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

In the Matter of MICHAEL O. RINI.— Supplementary charges referred to Hon. H. A. Gildersleeve, official referee. Order to be settled on notice. Present — Clarke, P. J., Scott, Dowling, Smith and Davis, JJ.

A. W. McLAUGHLIN & COMPANY, Respondent, v. THE SOUTHERN HOTEL COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

ETHEL S. SHAW, Appellant, v. RALPH DAVIS, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

MICHAEL J. MURRAY and Another, as Executors, etc., Appellants, v. FREDERICK WILLENBROCK, Respondent, Impleaded with Others.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the ground that no copy of the proposed answer was served with the moving papers, with leave to defendant to renew as stated in order. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

MYRTLE HURLOCK, Appellant, v. CASE HOTEL COMPANY, INC., and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

SIDNEY ASH, Respondent, v. UNITED TOILET GOODS COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

MARIETTA WINDRAM, as Administratrix, etc., Respondent, v. BROOKLYN DAILY EAGLE, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.

ABRAHAM FRANKENBERG, Appellant, v. SIMON SPIEGEL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Davis and Shearn, JJ.